Mark J. Rice (SBN 124934)
McNEIL, SILVEIRA, RICE & WILEY
55 Professional Center Parkway, Suite A
San Rafael, CA 94903
Telephone:  415-472-3434
Facsimile:   415-472-1298
Email:  markjrice@msrwlaw.com

Attorneys for Defendant
AMERICAN MERCHANDISING SPECIALISTS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Janet Stout, individually, on behalf of all others similarly situated, and on behal.f of the general public,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>American Merchandising Specialists, Inc., and DOES 1-50, inclusive,<br><br>　　　Defendants. | Case No.  2:10-cv-01151-MCE-GGH<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

　　　　　STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

　　　　　WHEREAS, Plaintiff Janet Stout has reached a final binding and conclusive settlement of all claims with Defendant American Merchandising Specialists, Inc.;

　　　　　WHEREAS, an opt-in Plaintiff was David Selk, a former employee of Defendant American Merchandising Specialists, Inc., who has also reached a final binding and conclusive settlement with said Defendant;

　　　　　WHEREAS, this action was never certified as a class and all named plaintiffs and the opt-in plaintiff has settled with Defendant.

　　　　　WHEREFORE, pursuant to the settlements reached with Plaintiff Janet Stout and opt-in Plaintiff David Selk, each have dismissed their claims in this action with prejudice.

1.

1  THEREFORE, by stipulation, the entire action, including all claims by Janet Stout
2  and David Selk, are hereby dismissed with prejudice.
3  SO STIPULATED.

5  Dated: December 17, 2010          NICHOLS KASTER, LLP

6                                    By:    s/Matthew C. Helland
7                                           Matthew C. Helland

8                                    ATTORNEYS FOR INDIVIDUAL AND
                                     REPRESENTATIVE PLAINTIFF

10 Dated: December 17, 2010          MCNEIL, SILVEIRA, RICE & WILEY

11                                   By s/Mark J. Rice
                                        Mark J. Rice
12

13                                   ATTORNEYS FOR DEFENDANT
                                     AMERICAN MERCHANDISING
14                                   SPECIALISTS, INC.

15                                   ORDER

16  The court accepts the above stipulation.  IT IS ORDERED that this matter be
17 dismissed, with prejudice.  The Clerk of Court is hereby directed to close the file.
18 DATED: January 25, 2011
19
20                                   _____
                                     MORRISON C. ENGLAND, JR
21                                   UNITED STATES DISTRICT JUDGE